**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Iraj MAHMOUDI, Defendant–Appellant.**

**No. 02–20837.**

United States Court of Appeals, Fifth Circuit.

July 16, 2003.

Before KING, Chief Judge, and HIGGINBOTHAM and BARKSDALE, Circuit Judges.

PER CURIAM.*

Iraj Mahmoudi appeals his convictions for unlawful procurement of citizenship, 18 U.S.C. § 1425(b), and making a false statement to a federal agency, 18 U.S.C. § 1001. He contends: the evidence was insufficient to convict him of either charge; 8 C.F.R. § 316.10, which defines a term in § 1425(b), violates the separation-of-powers doctrine; and the district court erred by denying his motion to suppress evidence seized from his apartment.

Having heard oral argument and reviewed the briefs and pertinent parts of the record, we conclude there was no error. The judgment is

*AFFIRMED.*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.